IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 JAN -6  PM 4: 02

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| William Keglar, <br><br> Plaintiff, <br><br> v. <br><br> General Revenue Corporation, an Ohio corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. <br> ) <br> ) **1:12-cv-0019 TWP-DML** <br> ) <br> ) <br> ) <u>Jury Demanded</u> |

## COMPLAINT

Plaintiff, William Keglar, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages for Defendant's violations of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant resides and transacts business here.

### PARTIES

3. Plaintiff, William Keglar ("Keglar"), is a citizen of the State of Indiana, residing in the Southern District of Indiana, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to Indiana Tech.

4. Defendant, General Revenue Corporation ("GRC"), is an Ohio corporation that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts. Defendant GRC operates a nationwide debt collection business, and attempts to collect debts from consumers in virtually every state, including consumers in the State of Indiana. In fact, Defendant GRC was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5. Mr. Keglar fell behind on paying his bills, which ultimately caused him to file bankruptcy on July 21, 2011, in a matter styled In re: Keglar, No. 11-9242-JKC-7 (S.D. Bankr. Ind.). On November 15, 2011, the bankruptcy court granted Mr. Keglar a discharge of his obligations for his debts. Accordingly, when Defendant GRC began trying to collect an old debt he allegedly owed to Indiana Tech for various fees, he sought the assistance of his bankruptcy counsel.

6. On December 2, 2011, Mr. Keglar's attorney informed GRC, via telephone and in writing, that Mr. Keglar was represented by counsel, that Mr. Keglar had been discharged from his debt obligations by the bankruptcy court, and directed GRC to cease contacting him and to cease all further collection activities because Mr. Keglar refused to pay it. A copy of Mr. Keglar's attorneys' fax to GRC is attached as Exhibit A.

7. Nonetheless, despite being advised that Mr. Keglar was represented by counsel and that he disputed the debt, Defendant GRC continued to call Mr. Keglar to demand payment of the India Tech debt, including, but not limited to, telephone calls to his cell phone on December 14, 2011 and December 15, 2011.

2

8.  Defendant GRC's collection actions complained of herein occurred within one year of the date of this Complaint.

9.  Defendant GRC's collection communications are to be interpreted under the "unsophisticated consumer" standard.  See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I
### Violation Of § 1692c(c) Of The FDCPA --
### Failure To Cease Communications And Cease Collections

10.  Plaintiff adopts and realleges ¶¶ 1-9.

11.  Section 1692c(c) of the FDCPA prohibits a debt collector from communicating with a consumer after a direction to cease communications, and from continuing to demand payment of a debt that the consumer has indicated that they refuse to pay.  See, 15 U.S.C. § 1692c(c).

12.  Here, the phone calls and fax/letter from Mr. Keglar's attorney, told Defendant GRC to cease communications and to cease collections.  By continuing to communicate regarding this debt and demanding payment, Defendant GRC violated § 1692c(c) of the FDCPA.

13.  Defendant GRC's violations of § 1692c(c) of the FDCPA render it liable for actual and statutory damages, costs, and reasonable attorneys' fees.  See, 15 U.S.C. § 1692k.

## COUNT II
### Violation Of § 1692c(a)(2) Of The FDCPA --
### Communicating With A Consumer Represented By Counsel

14.  Plaintiff adopts and realleges ¶¶ 1-9.

15.  Section 1692c(a)(2) of the FDCPA prohibits a debt collector from

communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. See, 15 U.S.C. § 1692c(a)(2).

16. Defendant GRC knew that Mr. Keglar was represented by counsel in connection with his debts because his attorney had informed Defendant, on the phone and in writing (Exhibit A), that he was represented by counsel, and had directed Defendant GRC to cease directly communicating with him. By directly calling Mr. Keglar, despite being advised that he was represented by counsel, Defendant GRC violated § 1692c(a)(2) of the FDCPA.

17. Defendant GRC's violations of § 1692c(a)(2) of the FDCPA render it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, William Keglar, prays that this Court:

1. Find that Defendant GRC's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff Keglar, and against Defendant GRC, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

3. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, William Keglar, demands trial by jury.

William Keglar,

By: *[signature]*
One of Plaintiff's Attorneys

Dated: January 6, 2012

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Steven J. Halbert    (Ind. Bar No. 14254-02)
11805 N. Pennsylvania Street
AmeriCenters Building
Carmel, Indiana 46032
(317) 706-6762
(317) 706 6763 (FAX)
shalbertlaw@aol.com